**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 23-7003**

───────────────

HAROLD D. LOAIZA-QUINTANA,

Petitioner - Appellant,

v.

WARDEN R. BROWN, FCI-Gilmer,

Respondent - Appellee.

───────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:23-cv-00293-JPB-JPM)

───────────────

Submitted:  December 14, 2023                    Decided:  December 19, 2023

───────────────

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Harold D. Loaiza-Quintana, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold D. Loaiza-Quintana, a federal prisoner, appeals the district court's order dismissing his 28 U.S.C. § 2241 petition under 28 U.S.C. § 2244(a).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Loaiza-Quintana v. Brown*, No. 5:23-cv-00293-JPB-JPM (N.D.W. Va. Sept. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
